Matthew M. Durham (6214)
Justin B. Palmer (8937)
STOEL RIVES LLP
201 S Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 328-3131

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DISTRICT

| | |
|---|---|
| JOHN DOE, a minor,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WENDY'S OLD FASHIONED HAMBURGERS OF NEW YORK,<br><br>　　　　Defendant. | **STIPULATED MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:06CV00386<br><br>The Honorable Tena Campbell |

　　　　Plaintiff and Defendant, by and through their attorneys of record, hereby stipulate and agree that they have resolved this dispute, and herein agree to dismissal of this case, on the merits and with prejudice, of any and all of Plaintiff's claims against Defendant in the above-captioned action, each party to bear its own costs.

　　　　Plaintiff and Defendant move for this Court to enter its Order in accordance herewith.

　　　　　　　　　　(Signatures on the following page.)

DATED this 20 day of June, 2007.

_____
RON J. KRAMER    Jeffrey R Symkoviak
Attorneys for Plaintiff   (UT Bar 11426)

DATED this 19 day of June, 2007.

_____
MATTHEW M. DURHAM
JUSTIN B. PALMER
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **STIPULATED MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE** on the following named person(s) on the date indicated below by

- ☐ mailing with postage prepaid
- ☒ hand delivery
- ☐ facsimile transmission
- ☐ overnight delivery

to said person(s) a true copy thereof, contained in a sealed envelope, addressed to said person(s) at his or her last-known address(es) indicated below.

Ron J. Kramer
Law Office of Ron J. Kramer
12357 South 450 East #1
Draper, Utah 84020

DATED: June 20, 2007.

/s/Justin B. Palmer